FILED
OCT 27 2021
DAVID CREWS, CLERK
BY ____

| | |
|---|---|
| **CRIMINAL CASE COVER SHEET** | **U.S. DISTRICT COURT** |
| | Complete entire form |

**Place of Offense:**
City Lake Cormorant
County Desoto

**Related Case Information:**
Superseding Indictment _____ Case Number _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R20/R40 from District of _____
Related Criminal Case Number _____

**Defendant Information:**

Juvenile: ☐ Yes ☑ No     If yes, Matter to be sealed: ☐ Yes ☐ No

Defendant Name Thomas Iroko Ayodele
Alias Name "Roko"; Thomas Iroko; Iroko Ayodele; Iroko T. Ayodele
Address Batesville, MS
DOB 1982   SS# ***-**-1352   Sex M   Race B   Nationality _____
Represented by: _____

Interpreter: ☐ Yes ☑ No   List Language and/or dialect: _____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ (Date) in _____ (Location)
☐ Already in State Custody
☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts   2     ☐ Petty  ☐ Misdemeanor  ☑ Felony

| Title & Section | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 18.371.F | Conspiracy to defraud the US | 1 |
| Set 2 18.2114.F | Mail, money or other property of US | 2 |
| Set 3 | | |
| Set 4 | | |

**U.S. Attorney Information:**  AUSA Robert J. Mims     Bar # 9913

Date: 10-26-21     Signature of AUSA _____

**District Court Case Number:**
(To be entered by Clerk)    3:21 CR 107