FILED
OCT 27 2021
DAVID CREWS, CLERK
BY_____

**CRIMINAL CASE COVER SHEET**  **U.S. DISTRICT COURT**
Complete entire form

**Place of Offense:**                    **Related Case Information:**

City **Lake Cormorant**            Superseding Indictment _____ Case Number _____

County **Desoto**                    Same Defendant _____ New Defendant _____

Magistrate Judge Case Number _____

Search Warrant Case Number _____

R20/R40 from District of _____

Related Criminal Case Number _____

**Defendant Information:**

Juvenile:  ☐ Yes  ☒ No      If yes, Matter to be sealed:  ☐ Yes  ☐ No

Defendant Name **Gilbert McThunel**

Alias Name **Gilbert McThunel, II**

Address **Batesville, MS**

DOB **1985**   SS# **\*\*\*-\*\*-6449**   Sex **M**   Race **B**   Nationality _____

Represented by: _____

Interpreter:  ☐ Yes  ☒ No     List Language and/or dialect: _____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ (Date) in _____ (Location)
☐ Already in State Custody
☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts **2**     ☐ Petty   ☐ Misdemeanor   ☒ Felony

| Title & Section | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 **18.371.F** | Conspiracy to defraud the US | 1 |
| Set 2 **18.2114.F** | Mail, money or other property of US | 2 |
| Set 3 | | |
| Set 4 | | |

**U.S. Attorney Information:**  AUSA **Robert J. Mims**   Bar # **9913**

Date: **10-26-21**    Signature of AUSA /s/

**District Court Case Number:**
(To be entered by Clerk)           **3:21 CR 107**