| AO 435 (Rev. 04/18) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS<br><br>TRANSCRIPT ORDER<br><br>*Please Read Instructions:* | | | FOR COURT USE ONLY<br>DUE DATE: | |
|---|---|---|---|---|---|
| 1. NAME<br>Robert J. Mims, AUSA | | | 2. PHONE NUMBER<br>(662) 234-3351 | 3. DATE<br>2/2/2023 | |
| 4. DELIVERY ADDRESS OR EMAIL<br>900 Jefferson Avenue    (robert.mims@usdoj.gov) | | | 5. CITY<br>Oxford | 6. STATE<br>MS | 7. ZIP CODE<br>38655 |
| 8. CASE NUMBER<br>3:21CR107 | 9. JUDGE<br>Sharion Aycock | | DATES OF PROCEEDINGS | | |
| | | | 10. FROM 1/31/2023 | 11. TO 1/31/2023 | |
| 12. CASE NAME<br>US v. Jamarr Smith, et al. | | | LOCATION OF PROCEEDINGS | | |
| | | | 13. CITY Oxford | 14. STATE MS | |

15. ORDER FOR
☐ APPEAL        ☒ CRIMINAL           ☐ CRIMINAL JUSTICE ACT     ☐ BANKRUPTCY
☐ NON-APPEAL    ☐ CIVIL              ☐ IN FORMA PAUPERIS        ☐ OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☒ TESTIMONY (Specify Witness)<br>Spencer McInvalle | 1/31/2023 |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER (Specify) | |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| 14-Day | ☒ | ☐ | NO. OF COPIES 1 | 78 | 331.50 |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| 3-Day | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL    331.50

18. SIGNATURE  *[signed]*
19. DATE  2-2-23

PROCESSED BY
PHONE NUMBER

| TRANSCRIPT TO BE PREPARED BY | | | COURT ADDRESS | |
|---|---|---|---|---|
| | DATE | BY | | |
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 331.50 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 331.50 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 331.50 |

DISTRIBUTION:    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY