**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

UNITED STATES OF AMERICA

VS.                                                    CAUSE NO. 3:21CR107

THOMAS IROKO AYODELE aka "ROKO"

---

**DEFENDANT THOMAS IROKO AYODELE A/K/A "ROKO"'S JOINDER
IN MOTION IN LIMINE AS TO PREJUDICIAL PHOTOGRAPHS [DOC. 108]**

---

**COMES NOW**, the Defendant, **Thomas Iroko Ayodele a/k/a "Roko"**, by and through the undersigned counsel, William F. Travis, and files this Joinder to the *Motion in Limine As To Prejudicial Photographs* **[Doc. 108]** filed by Jamarr Smith.

1. Defendant, Thomas Iroko Ayodele a/k/a "Roko", moves the Court for the same relief sought and respectfully requests to participate in any hearing on said motion made by Co-Defendant Jamarr Smith.

WHEREFORE, PREMISES CONSIDERED, the defendant, Thomas Iroko Ayodele a/k/a "Roko", respectfully requests that the Court upon consideration of this joinder will grant the relief requested.

**RESPECTUFLLY SUBMITTED,** this the 16th day of February, 2023.

                                                   THOMAS IROKO AYODELE, Defendant

                                                   BY: */s/ William F. Travis*
                                                         William F. Travis, MSB 8267
                                                         8619 Highway 51 N.
                                                         Southaven, MS 38671
                                                         (662)393-9295
                                                         (662)393-9414 fax
                                                         bill@southavenlaw.com

## CERTIFICATE OF SERVICE

      I, the undersigned attorney, do hereby certify that a true and correct copy of the foregoing Joinder to the *Motion in Limine As To Prejudicial Photographs* has this day been electronically mailed to:

Honorable Robert Mims
robert.mims@usdoj.gov

Hon. Goodloe T. Lewis
glewis@hickmanlaw.com

Hon. Paul Chiniche
pc@chinichelawfirm.com


**THIS**, the 16th day of February, 2023.


                                                */s/ William F. Travis*_____
                                                William F. Travis, Certifying Attorney