IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

VS.  Criminal Case No: 3:21-CR-107

GILBERT MCTHUNEL II, et al.

## MOTION FOR NEW TRIAL

COMES NOW, the Defendant, GILBERT MCTHUNEL II ("Mr. McThunel"), motions the court for a new trial and would show as follows:

1. Mr. McThunel was found guilty of counts 1 and 2 by a jury on Friday, February 24, 2023. Mr. McThunel advises that the verdict is contrary to the evidence presented to the Jury and that no reasonable juror would have found Mr. McThunel guilty as charged. Further, that the verdict is decidedly and strongly against the weight of the evidence; that said evidence is insufficient to sustain a conviction. Further, that the verdict is contrary to the law and principles of justice.

WHEREFORE PREMISES CONSIDERED, the Defendant, Gilbert McThunel, II, respectfully requests a hearing and upon a hearing a new trial be granted.

RESPECTFULLY SUBMITTED, on this the 1st day of March, 2023

                               GILBERT MCTHUNEL, II, Defendant

BY:    */s/ Paul Chiniche*
           Paul Chiniche (MSB#101582)
           CHINICHE LAW FIRM, PLLC.
           Post Office Box 1202
           Oxford, Mississippi 38655
           Tel: 662-234-4319
           Email: pc@chinichelawfirm.com

CERTIFICATE OF SERVICE

I, PAUL CHINICHE, attorney for the Defendant, GILBERT MCTHUNEL, II, in the above and foregoing action, do hereby certify that I have electronically filed the above and foregoing with the Clerk of the United States District Court using the ECF system which sent notification of such filing to the following:

Robert Mims, AUSA
Email: robert.mims@usdoj.gov

Goodloe Lewis, Esq.
Email: glewis@hickmanlaw.com
(Counsel for Defendant Jamarr Smith)

William F. Travis, Esq.
Email: bill@southavenlaw.com
(Counsel for Defendant Thomas Iroko Ayodele)

SO CERTIFIED this the 1st day of March, 2023.

*/s/ Paul Chiniche*
PAUL CHINICHE