46

1   Q.    All right.  And you would agree me that we've been able

2   to identify those devices in Step 3 as Smith and McThunel?

3   A.    For those accounts, yes.

4   Q.    For those accounts.  Okay.  So you don't disagree that

5   Smith and McThunel were present at the Lake Cormorant post

6   office at 5:30 p.m. that evening, do you?

7   A.    I can't say them physically, but an account that you have

8   associated with them, yes.

9   Q.    Okay.  Their devices were present, weren't they?

10  A.    The devices with those accounts, yes.

11  Q.    And, in fact, you've watched the video here.  I assume

12  you've watched it before.

13  A.    Yes.

14  Q.    You do see on the video where the assailant has his elbow

15  up to his ear for three minutes standing behind the post

16  office, don't you?

17  A.    So I watched today, but I -- honestly, from that TV, I

18  couldn't see it, but, again, I wasn't close enough to be able

19  to see it.  I can't -- I can't rule on that either way.

20  Q.    Okay.  And you were here a while ago when we put the

21  phone records up.  You don't dispute that the phone records

22  confirm that McThunel and Smith were on the phone with each

23  other for a five -- roughly five-minute phone call around 5:15

24  p.m. that evening, do you?

25  A.    I haven't reviewed those records.

GOVERNMENT
EXHIBIT
Exhibit D